IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:17-CV-143-D

| | |
|---|---|
| UNITED STATES OF AMERICA, ) ) Plaintiff, ) ) v. ) ) LOCKLEAR'S PERSONAL PROPERTY, ) SPECIFICALLY DESCRIBED AS: ) A 2008 CHEVROLET SILVERADO, ) VIN: 2GCEK13M981236229; ) A 2016 FORD F 250 TRUCK, ) VIN: 1FT7W2BT2GED44572; ) AND ANY AND ALL EXHIBITS ) THEREON; AND ANY AND ALL ) PROCEEDS FROM THE SALE OF SAID) PROPERTY, ) ) Defendants. ) | DEFAULT AS TO POTENTIAL CLAIMANTS |

Upon motion and proper showing by the attorney for the plaintiff, the United States of America, default is hereby entered against potential claimants, Brandon Darris Locklear, Kelli Nicole Harris, and Lumbee Guaranty Bank; and against certain defendants, that is, a 2008 Chevrolet Silverado, VIN: for having failed to appear, plead, or otherwise defend as provided by Rule 55 of the Federal Rules of Civil Procedure.

This the 28 day of November, 2017.

_____
Dever
Chief U.S. District Judge, ~~Clerk~~
U. S. District Court
Eastern District of North Carolina