IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:17-CV-143-D

UNITED STATES OF AMERICA, )
                          )
          Plaintiff,      )
                          )
     v.                   )
                          )
LOCKLEAR'S PERSONAL PROPERTY, )
SPECIFICALLY DESCRIBED AS: )
A 2008 CHEVROLET SILVERADO, )
VIN: 2GCEK13M981236229;   )
A 2016 FORD F 250 TRUCK,  )
VIN: 1FT7W2BT2GED44572;   )
AND ANY AND ALL ATTACHMENTS )
THEREON; AND ANY AND ALL  )
PROCEEDS FROM THE SALE OF SAID )
PROPERTY,                 )
                          )
          Defendants.     )

**DEFAULT JUDGMENT AS TO CERTAIN DEFENDANTS**

This matter is before the Court on Plaintiff's Motion for Default Judgment. It appearing that a Warrant of Arrest in rem was served upon certain defendants, that is, a 2008 Chevrolet Silverado, VIN: 2GCEK13M981236229, in accordance with Supplemental Rule G(3); and that a copy of the verified Complaint herein was served upon potential claimants, Brandon Darris Locklear, Kelli Nicole Harris, and Lumbee Guaranty Bank, in accordance with Supplemental Rule G(4); and, thus, that due notice was given accordingly, the Court finds that:

1. Process was duly issued in this cause and certain defendants were duly seized by the U. S. Department of Treasury pursuant to said process;

2. No other entitled persons have filed any claim to the defendants nor answer regarding them within the time fixed by law, except for lienholder Ford Motor Credit Company LLC pertaining to the defendant a 2016 Ford F-250 Truck, VIN: 1FT7W2BT2GED44572;

3. On November 29, 2017, this Court entered a Default in this action against potential claimants, Brandon Darris Locklear, Kelli Nicole Harris, and Lumbee Guaranty Bank; and against certain defendants, a 2008 Chevrolet Silverado, VIN: 2GCEK13M981236229, at Docket Entry # 14;

4. The well-plead allegations of the Complaint in respect to the defendants are taken as admitted, as no one has appeared to deny the same.

Based upon the above findings, it is hereby

ORDERED, ADJUDGED AND DECREED that:

1. Default judgment be and the same is hereby entered against certain defendants, that is, a 2008 Chevrolet Silverado, VIN: 2GCEK13M981236229; and against potential claimants, Brandon Darris Locklear, Kelli Nicole Harris, Lumbee Guaranty Bank, and any other known and unknown potential claimants, except for lienholder Ford

Motor Credit Company LLC pertaining to the defendant a 2016 Ford F-250 Truck, VIN: 1FT7W2BT2GED44572.

2. The defendant, a 2008 Chevrolet Silverado, VIN: 2GCEK13M981236229, is forfeited to the United States of America and no other right, title or interest shall exist therein;

3. The Department of Treasury, Internal Revenue Service (IRS) is hereby directed to dispose of the defendant, a 2008 Chevrolet Silverado, VIN: 2GCEK13M981236229, according to law; and

4. Pursuant to Fed. R. Civ. P. 54(b), there is no just reason to delay entry of final judgment against the defendant, a 2008 Chevrolet Silverado, VIN: 2GCEK13M981236229. The case shall remain open only as to the single defendant not in default, that is, a 2016 Ford F-250 Truck, VIN: 1FT7W2BT2GED44572, and the sole interested party thereto, that is, Ford Motor Credit Company LLC.

SO ORDERED. This **29** day of December 2017.

JAMES C. DEVER III
CHIEF UNITED STATES DISTRICT JUDGE